IN RE APPEAL OF GREENS OF PINE GLEN LTD. PART.

No. 681PA01

Case below: 147 N.C. App. 221

Motion by appellee (Greens of Pine Glen Ltd. Part.) to dismiss the appeal for lack of substantial constitutional question allowed 6 March 2002. Petition by appellant (Durham County) for discretionary review pursuant to G.S. 7A-31 allowed 6 March 2002. Conditional petition by appellee (Greens of Pine Glen Ltd. Part.) for discretionary review as to additional issues pursuant to G.S. 7A-31 denied 6 March 2002.

JENKINS v. CHOONG

No. 42P02

Case below: 147 N.C. App. 780

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

N.C. STATE BAR v. TALFORD

No. 24PA02

Case below: 147 N.C. App. 581

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 allowed 6 March 2002.

STATE v. ARNOLD

No. 30A02

Case below: 147 N.C. App. 670

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 6 March 2002.